1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEPHEN STOWERS,                        No.  2:18-cv-2177 DB P

12                  Plaintiff,

13        v.                                 ORDER

14   HARBAKO,

15                  Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under

18   42 U.S.C. § 1983.  Plaintiff alleges defendant was deliberately indifferent to his serious medical

19   needs in violation of the Eighth Amendment.  On September 5, 2019, this court issued a

20   Discovery and Scheduling Order which set deadlines of December 27, 2019 for all discovery and

21   March 20, 2020 for all pretrial motions.  On December 2, 2019, defendant filed a motion for

22   summary judgment.  In a document filed here on December 16, 2019, plaintiff seeks a 90-day

23   extension of the time requirements set out in the Discovery and Scheduling Order.  Plaintiff states

24   that he needs additional time to review documents and research discovery issues.  Defendant has

25   not filed an opposition to the request.

26        Good cause appearing, IT IS HEREBY ORDERED as follows:

27        1.  Plaintiff's motion for an extension of time (ECF No. 30) is granted;

28        2.  The deadline for conducting discovery is continued to March 27, 2020.  The parties are

reminded that all discovery must be served at least 60 days prior to that date and that any motions to compel discovery must be filed by that date.

3. The deadline for filing pretrial motions, except motions to compel discovery, is continued to May 15, 2020.

4. Based on the extensions of time granted herein, plaintiff need not file an opposition to defendant's pending motion for summary judgment until the date for filing pretrial motions has expired. Accordingly, plaintiff's opposition to defendant's motion for summary judgment shall be filed by May 15, 2020. Defendant's reply brief, if any, shall be filed in accordance with Local Rule 230(l).

Dated: January 7, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/stow2177.dso eot

2